**UNITED STATES DISTRICT COURT**

**WESTERN COURT OF WASHINGTON**

**SEATTLE DIVISION**

**TAREQ ZAKARNEH et,al**

**Plaintiff,**

**V.**

**MARKWAYNE MULLEN UNITED STATES SECRETARY OF DEPARTMENT HOMELAND SECURITY, ICE FIELD DIRECTOR SEATTLE AREA , ICE ASSISTANT FIELD OFFICE DIRECTOR OF THE WARDEN OF NWIPC ,BRUCE SCOTT FROM**

**Defendant,**

**CASE NO.** 2:26-cv-03127-KKE-MLP

**VIOLATION OF ACCESS TO LEGAL MATERIAL AT THE LAW LIBRARY AND LEGAL WORK 7.9 AND 7.10 AND , OVER CROWDING FACILITY 8.4 ,VIOLATION RECREATION ACCESS FOR HAIR CUT BARBER SHOP 2.4**

FILED LODGED RECEIVED MAIL

AUG 17 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

**Jurisdiction**

The court has jurisdiction on this claim under 28 USC 1331 , the claim is falling under the 7.9 and 7.10 of the prisoner constitutional law to access and 8.4 overcrowding facility at the law library .

## Claim

The plaintiff is bring this claim versus the defendant who is refusing to facilitate and accommodate enough time for law library and computer use , the plaintiff is using his own time the only one hour per day to force an order by the court to add more computers , the law library is a joke in this facility , they have 12 computer for search and type and printout for over 1500 detainee to 1600 detainee , the facility is in a maximum capacity now ( Telemudu News ) , the facility did not accommodate an extra computers or enough trained officer to work at the library , as the orientation is made by the DHS for Asylum class and other application is offered for limited people for example the plaintiff was not allowed or offered after the defendant refuse to release while he is an LPR with no criminal record or any charges just a defamation cases has been made against him , other claim for barber shop to get a hair cut in this facility it take you 90 days as the facility does not allow the detainees to buy their own machines to facilitate their own hygiene and recreation that they must get under the PCR , the plaintiff has been not offered a hair cut since April , 10,2026 at the NWIPC , the plaintiff is bringing this claim because on June,02,2026 he was not able to redraft a correct his claim to release himself from his indefinite confinement at the NWIPC and he was not able to respond to the Defendant motion to lift his stay because of lack of time at the law library and the officer assigned to his file from DHS Mr. Douglas lied to him with

the Warden when they did not facilitate his approved extra time to law library on May,16.2026 for another hour *see EX.A Zakarneh Affidavit* .

## Relief Request

Force the defendant to facilitate more computer in their own library and expand the library to be reliable for 1600 detainees , one employee in the library is not enough for 1600 people , facilitate a timeline to barber shop not exceeded that 30 days to use the barber shop or allow the detainees to buy their own hair cut machines in descent price without any profit by the defendant because the defendant is getting 352 dollar per detainee on daily basic from our tax money, allow more time per day to use the law library at least two hours not less with an option for extra time for detainee who has deadline is coming over, *see EX.A ( Zakarneh Affidavit ).*

**Dated on August,05,2026**

/s/ Tareq Zakarneh .
**Tareq Zakarneh, Plaintiff**

# EX.A

**UNITED STATES DISTRICT COURT**
**WESTERN COURT OF WASHINGTON**
**SEATTLE DIVISION**

**TAREQ ZAKARNEH et, al**

**Plaintiff,**

**V.**

**MARKWAYNE MULLEN UNITED STATES SECRETARY OF DEPARTMENT HOMELAND SECURITY, ICE FIELD DIRECTOR SEATTLE AREA , ICE ASSISTANT FIELD OFFICE DIRECTOR OF THE WARDEN OF NWIPC ,BRUCE SCOTT FROM**

**Defendant,**

**CASE NO.** 2:26-cv-03127-KKE-MLP

**TAREQ ZAKARNEH AFFIDAVIT**

I Tareq Zakarneh declare under penalty and perjury that the Facility of the NW Detention Center of Tacoma,Wa is violating the detainees rights and the prisoner constitutional rights , the detention center is not equipped with enough computers and machine at the law library to allow the detainees to practice their right fairly and the DOJ judges and the DHS are affiliated

already , this place is not a detention center and its not prison in prison you have rights to go to school and practice your right under the Prisoner Constitutional rights , as I notice the most of the guards are not happy from what is going her , I'm drafting this simple claim to bring the attention to the judicial system to fix these basic violations , the warden does not care and the DHS are the same unless something real is coming from the court , I have experienced before that they lie to the lawyers about our attorney visitation and the basic needs for library and barber shop are so restricted as when I ask the Barber shop officer in charge why we wait forever for a hair cut she answered we have a lot of people here , as she treat the people in PC as a discipline to use the hair cut tools I remember that the last time I got hair cut maybe before 90 days in this facility, as I was not transferred to another facilities and I was able to schedule one in one of Louisiana facilities with the another detainee who works their for a legal favor, I will not have it at all, as the access for law library is so restricted and the library officer is short of computers 10 -12 computers for 1500-1600 detainee is impossible to get enough time to reach your deadlines which it benefit GEO corporation to increase the income for the company by keeping you in detention, as more hours for the DHS officers and overtime which they enjoy my tax money by slaving people whether their nationality,

I had an incident at that happened with me before the defendant try to deport me illegally on June,2,2026 , the DHS with the warden approve an extra hour for me because the time was not enough to handle three cases at three stages they approved another hour on May,16,2026 and officer Douglas from DHS said in our communication throw the tablet that I'm approved for another one hour but unfortunately I was not given the time to get it at all then they tried to deport for another country I do not belong to which its Israel without allowing me to contest my claim under Convention against Torture while they Informed Israel falsely that they think I'm a terrorist organization member which its a defamation and falsely accused and officer Douglas who was in charge of communication with me , he informed that they said that to

Israel , Israel is a country is famous of violation of people human rights and I'm a native Palestinian not an Israeli .

I declare under penalty and perjury that I will testify in favor of my declaration of this matter.

**This is executed on August,05,2026**

/s/ Tareq Zakarneh
**Eng. Tareq Zakarneh, Plaintiff**

**Declaration Under Penalty of Perjury**

If you are in custody, on what date did you place this petition in the mail system at the location you are in custody at: North West ICE Detention Center

I declare under penalty of perjury that I am the Petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 08/11/2026

Tareq Zakarneh
*Signature of Petitioner*

_______________________________
*Signature of Attorney or other authorized person, if any*

**Consent to Magistrate Judge**

In the event this case is assigned to a Magistrate Judge, the Court requests that Petitioner consent to having the Magistrate Judge preside over the entirety of this case. *See* Second Amended General Order 02−19, 28 U.S.C. § 636, Local Magistrate Judge Rule 13, and Federal Rule of Civil Procedure 73. Respondents will also be provided an opportunity to either consent or decline consent of this case to a Magistrate Judge. If both parties give consent, the Magistrate Judge will preside over the entire case for all purposes, including any dispositive matter. The Magistrate Judge will enter a final order and judgment that will be appealable directly to the Ninth Circuit Court of Appeals. Consent to a Magistrate Judge is voluntary and entirely up to the parties. Petitioner may consent or decline consent by marking the appropriate line below.

☐ **I consent and agree the case can be assigned to a Magistrate Judge**

☑ **I decline consent and request the case be reassigned to a District Judge**

FILED
LODGED
RECEIVED
MAIL

AUG 17 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Name: [illegible]
A# Last 4 digit: 9225
Northwest Ice Processing Center
1623 E J Street
Tacoma, WA 98421

quadient
FIRST-CLASS MAIL
IMI
$002.85 º
08/12/2026 ZIP 98421
043M31249466
US POSTAGE

To: Clerk, U.S District Court
US Courthouse
700 stewart street, ste 2310
Seattle, WA 98101

LAW LIBRARY
AUG 11 2026
NWIPC

____ FILED
____ LODGED
____ RECEIVED
MAIL

AUG 17 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

LEGAL MAIL