**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

September 1, 2026

Tareq Zakarneh
207079225
NW DETENTION CENTER
1623 E. J STREET, SUITE 5
TACOMA, WA 98421−1615

Your civil action, ***Zakarneh v. Mullin et al***, was filed in the United States District Court − Western District of Washington on August 17, 2026.

The case has been assigned to District Court Judge Kymberly K. Evanson and referred to Magistrate Judge Michelle L. Peterson, case number **2:26−cv−03127−KKE−MLP**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

**Incorrect IFP Form**
The incorrect Application for In Forma Pauperis (IFP) was submitted for the type of case filed. Please complete the enclosed IFP form and return it to the Court.

**The deficiencies listed above must be corrected and filed with the Court by <u>October 1, 2026</u>.**

Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

**NOTE:** Prisoners housed in a DOC facility participating in the mandatory prisoner e−filing program should continue to file their documents electronically.

cc: file